| | |
|---|---|
| 1 | Damian J. Martinez (SBN # 200159) |
|  | **LEECH TISHMAN NELSON HARDIMAN, INC.** |
| 2 | 1100 Glendon Avenue, 14th Floor |
|  | Los Angeles, California 90024 |
| 3 | Telephone: (424) 738-4000; Facsimile: (424) 738-5080 |
| 4 | E-mail: *dmartinez@leechtishman.com* |
| 5 | Attorneys for Defendants |
|  | FARADAY FUTURE INTELLIGENT |
| 6 | ELECTRIC, INC. and FARADAY&FUTURE INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC., | Case No.: 2:23-cv-10280-CAS-JDE |
| Plaintiff, | District Judge Christina A. Snyder |
|  | Magistrate Judge John D. Early |
| v. |  |
|  | **[PROPOSED] ORDER ON RETAINING** |
| FARADAY FUTURE INTELLIGENT | **JURISDICTION UNTIL JULY 1, 2025** |
| ELECTRIC, INC. and |  |
| FARADAY&FUTURE INC. | [[Proposed] Order filed concurrently herewith] |
| Defendants. | Complaint Filed: December 7, 2023 |
|  | Trial Date: Not Set |

### [PROPOSED] ORDER

The Court, having considered Plaintiff RUSSELL REYNOLDS ASSOCIATES, INC. Defendant FARADAY FUTURE INTELLIGENT ELECTRIC, INC., and Defendant FARADAY&FUTURE INC. (collectively, the "Parties") Stipulation to Dismiss the Proceeding (the "Stipulation"), hereby GRANTS the Parties' Stipulation as follows:

1. The Stipulation is approved.

2. The March 31, 2025 Status Conference is hereby VACATED.

3. The Court shall retain jurisdiction over this case until July 1, 2025. On July 1, 2025, the Court shall dismiss this action with prejudice.

**IT IS SO ORDERED.**

Dated: _____     By: _____

     Hon. Christina A. Snyder