# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL REYNOLDS ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FARADAY FUTURE INTELLIGENT ELECTRIC, INC. and FARADAY&FUTURE INC., <br><br> Defendants. | Case No. 2:23-cv-10280-CAS-JDE <br><br> **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: December 7, 2023 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by plaintiff Russell Reynolds Associates, Inc. against defendants Faraday Future Intelligent Electric, Inc. and Faraday&Future Inc. is hereby DISMISSED with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: _____

_____
CHRISTINA A. SNYDER
United States District Judge