JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUSSELL REYNOLDS ASSOCIATES, INC., | Case No. 2:23-cv-10280-CAS-JDE |
|---|---|
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| FARADAY FUTURE INTELLIGENT ELECTRIC, INC. and FARADAY&FUTURE INC., | Complaint Filed: December 7, 2023 |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the above-entitled action by plaintiff Russell Reynolds Associates, Inc. against defendants Faraday Future Intelligent Electric, Inc. and Faraday&Future Inc. is hereby DISMISSED with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: May 9, 2025

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge